UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR ROMERO,<br><br>    Defendant. | Case No. 2:21-cr-00257-RFB-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 15, 2024 at 10:30 a.m. be vacated and continued to November 20, 2024 at the hour of 2:00 p.m. in LV Courtroom 3B.

DATED this 11th of October 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3