UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

OMAR ROMERO,

        Defendant.

Case No. 2:21-cr-00257-RFB-BNW

**ORDER**

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, November 20, 2024 at 2:00 p.m. be vacated and continued to January 27, 2025 at the hour of 2:00 p.m. in LV Courtroom 3B.

    DATED this 19th of November 2024.

                                                       _____

                                                       UNITED STATES MAGISTRATE JUDGE