IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES

        Plaintiff(s),

vs.

OMAR ROMERO

        Defendant(s).

2:21-cr-00257 RFB

## SUBSTITUTION OF ATTORNEY

OMAR D. ROMERO (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

DONALD JAMES GREEN
(New Attorney)
(Address): 4760 S. PECOS Rd. SUITE 103 LV NV 89121
702-409-8239 CrimeLV7777@aol.com

(Telephone): _____, as attorney of record in place and

stead of: FEDERAL PUBLIC DEFENDER
(Present Attorney)

DATED: 12-24-2024      /s/ Omar Romero
                              (Signature of Party)

I consent to the above substitution.

DATED: 1/2/2025      /s/ Keisha K. Matthews
                              (Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 12/30/2024                          _____
4 |                                              (Signature of New Attorney)
5 | Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
6 |
7 |                                     APPROVED:
8 |
9 |        1/21/2025
10| DATED: _____      _____
                                         UNITED STATES DISTRICT JUDGE